UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 23-6521-GW-PDx | Date | January 9, 2024 |
|---|---|---|---|
| Title | *Miguel Hernandez v. 16925 Ventura Blvd, LLC* | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE |
|---|---|

| Javier Gonzalez | None Present | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**PROCEEDINGS :   IN CHAMBERS - ORDER TO SHOW CAUSE RE SETTLEMENT**

The Court has received Plaintiff's Notice of Settlement (ECF No. 13), wherein he indicates that this action has been settled and asks for 30 days to file "dispositional documents." Based upon said Notice, the Court: (1) takes off-calendar all previously set dates in this matter (including the January 11, 2024 status conference); (2) sets an Order to Show Cause re Settlement ("OSC") for February 15, 2024 at 8:30 a.m.; and (3) will take the February 15 OSC off-calendar if a dismissal is filed by February 12, 2024.

|  | : |
|---|---|
| Initials of Preparer | JG |